**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of New York
                                  (State)

Case number (*if known*): _____    Chapter __11__

☐ Check if this is an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    JVNLDG, LLC

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    _ _   _ _   5 9 0 8 7

4. **Debtor's address**

    **Principal place of business**

    91-12 189th Street
    Number      Street

    Hollis                    NY      11423
    City                      State   ZIP Code

    Queens
    County

    **Mailing address, if different from principal place of business**

    Number      Street

    P.O. Box

    City                      State   ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number      Street

    City                      State   ZIP Code

5. **Debtor's website (URL)**

| Debtor | JVNLDG, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | JVNLDG, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

  District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____ Relationship _____

  District _____ When _____
                                        MM / DD / YYYY

  Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number        Street

_____

_____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

■ **Statistical and administrative information**

Debtor    JVNLDG, LLC                                          Case number (if known)_____
          Name

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4 - 4 - 24
             MM  / DD  / YYYY

X _____                              Louis Degasperi
  Signature of authorized representative of debtor      Printed name

Title  Managing Member

---

Debtor   JVNLDG, LLC _____    Case number (if known)_____
         Name

**18. Signature of attorney**   ✗ *[signature]*    Date   **4 - 4 - 24**
                                   Signature of attorney for debtor         MM  / DD / YYYY

Francis E. Hemmings, Esq. _____
Printed name
Law Offices of Francis E. Hemmings PLLC _____
Firm name
228-18 Mentone Avenue _____
Number        Street
   Laurelton _____    NY ___    11413 _____
City                                        State        ZIP Code

212-747-9560 _____    general@hemmingssnell.com _____
Contact phone                            Email address

3941762 _____    New York _____
Bar number                               State

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case and this filing:</td></tr>
<tr><td>Debtor Name    JVNLDG, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:   Eastern    District of New York<br>                                                     (State)</td></tr>
<tr><td>Case number (If known): _____</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/4/2024       ✗ _____
       MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                   Louis Degasperi
                                   Printed name

                                   Managing Member
                                   Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** JVNLDG, LLC _____    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]**

☑    **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

X    **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:** 22-41899 _____    **JUDGE:** Nancy Hershey-Lord _____    **DISTRICT/DIVISION:** Eastern District NY _____

   **CASE PENDING: (YES/NO):** No _____    [*If closed*] **Date of Closing:** _____ 7/6/2023 _____

   **CURRENT STATUS OF RELATED CASE:** _____ Dismissed _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): Same Debtor, same Real Property. _____

   - **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   - **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

   _____

2. **CASE NO.:** _____    **JUDGE:** _____    **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____    [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

   - **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   - **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**[OVER]**

**DISCLOSURE OF RELATED CASES (cont'd)**

3.  CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

    CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

    CURRENT STATUS OF RELATED CASE: _____
                                         **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

              **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF
  RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL**
  **PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN
  SCHEDULE "A/B" OF RELATED CASES: _____

**NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**I am admitted to practice in the Eastern District of New York (Y/N):** ___Y_____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.

_____                          _____
**Signature of Debtor's Attorney**                                        **Signature of Pro-se Debtor/Petitioner**

                                                      _____
                                                      **Mailing Address of Debtor/Petitioner**

                                                      _____
                                                      **City, State, Zip Code**

                                                      _____
                                                      **Email Address**

                                                      _____
                                                      **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

Chapter 11

IN RE:   JVNLDG, LLC                         .      Case No: _____

Debtor

_____X

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO E.D.N.Y LBR 1073-3**

I, LOUIS DEGSAPERI, under penalty of perjury state as follows:

1.      I am the Managing Member of the Debtor in the above captioned matter.

2.      There are no corporate entities that own, directly or indirectly, 10% or more of any class of the Debtor's equity interests.

3.      I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated: April 4, 2024

_____
Louis Degasperi
Title: Managing Member
JVNLDG, LLC. (Debtor)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

IN RE:   JVNLDG LLC

Debtor
_____X

Chapter 11

Case No: _____

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### FEDERAL BANKRUPTCY RULES 1007 (a)(1)

I, Louis Degaspari, under penalty of perjury state as follows:

1.      I am the Managing Member of the Debtor in the above captioned matter.

2.      There are no corporate entities that own directly or indirectly, 10% or more of any class of the Debtor's equity interests.

3.      I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated: April 4, 2024

_____
Louis Degaspari
Title: Managing Member
JVNLDG LLC (Debtor)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

IN RE: JVNLDG LLC

Debtor
_____X

Chapter 11

Case No: _____

STATEMENT OF BALANCE SHEET, CASH FLOW STATEMENT,
STATEMENT OF OPERATIONS AND TAX RETURNS

I, Louis Degaspari , under penalty of perjury state as follows:

1.   I am the Managing Member of the Debtor in the above captioned matter.

2.   That as of the filing of this petition, no Balance Sheet, Cash Flow Statement, Statement of Operations have been prepared for the Debtor.

3.   That as of the filing of this petition, no tax returns, federal or state, have been filed by the Debtor.

4.   I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated:   April 4, 2024

_____
Managing Member

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

Chapter 11

IN RE: JVNLDG, LLC.                          Case No: _____

Debtor

_____X

## CORPORATE RESOLUTION

Whereas, it is in the best interest of the JVNLDG, LLC, (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Louis Degasperi, Managing Members of the company is authorized and directed to execute and deliver all documents necessary to complete the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Louis Degasperi and/or Javier Valverde, Managing Members of the Company, are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Louis Degasperi, Managing Members of the company, is authorized and directed to employ Francis E. Hemmings, Esq., to represent the company in such bankruptcy case.

Dated: Queens, New York
       April 4, 2024

                                        _____
                                        Louis Degasperi
                                        Managing Member

# OPERATING AGREEMENT

## OF

## JVNLDG, LLC

This Limited Liability Company Operating Agreement (the "Agreement") of **JVNLDG, LLC**, a New York professional limited liability company (the "Company") is entered into as of the 30th day of April, 2021, by and between **Louis Degasperi**, residing at 9112 189th Street, Hollis, New York 11423 (the "Member(s)").

In order to form a limited liability company pursuant to and in accordance with the New York Limited Liability Company Law, as amended from time to time (the "Act"), the Member(s) hereby agrees as follows:

1.  **Certain Definitions.**

    1.1    "Articles of Organization" means the document filed with the New York Secretary of State required to form a professional limited liability company in the State of New York.

    1.2    "Fiscal Year" shall be from January 1 through December 31 of each year until or unless changed by its Member(s).

    1.3    "Person" whether capitalized or not means any individual, sole proprietorship, joint venture, partnership, corporation, company, firm, bank, association, cooperative, trust, estate, government, governmental agency, regulatory authority, or other entity of any nature.

2.  **Organization.**

    2.1    Company Name.    The name of the limited liability company formed hereby shall be **JVNLDG, LLC** (the "Company").

    2.2    Purpose.    The Company is formed for the practice and operation of a law firm.

    2.3    Principal Address.    The Company shall maintain it's principal address at 9112 189th Street, Hollis, NY 11423.  The Member(s) may at any time change the location of the principal address and may establish additional offices.

    2.4    Term.    The term of the Company shall commence on the date first written above and shall have perpetual existence unless it shall be dissolved and its affairs shall have been wound up as provided in Section 7 (Dissolution and Winding Up of Business).

    2.5    Qualification in Other Jurisdictions. The Company may register in any other jurisdiction upon the approval of the Member(s).

2.6    Bank Accounts.    All funds the Company shall be deposited in one or more accounts with one or more recognized financial institutions in the name of the Company, at such locations as shall be determined by Member(s). Withdrawal from such accounts shall require the signature of such person or persons as Member(s) may designate.

3.    **Accounts and Records.**

3.1    Records and Accounting; Reports; Fiscal Affairs.    Proper and complete records and books of accounting of the business of the Company, including a list of the names, addresses and interests of all Members, shall be maintained at the Company's principal place of business.

The books and records of the company shall be kept on Cash basis of accounting, and the cash basis of accounting shall be followed by the Company for federal income tax purposes.

3.2    Fiscal Year End.    The fiscal year end shall be December 31.

3.3.    Keeper of the Books.    At all times during the term of existence of the Company **Louis Degasperi**, in his capacity as Member(s) shall keep or cause to be kept the books of accounts referred to in Section 3.1 (Records and Accounting), and the following:

(a)    A current list of the full name and last known business or residence address of Member(s);

(b)    A copy of the Articles of Organization, as amended;

(c)    Executed counterparts of this Agreement, as amended;

(d)    Any powers of Attorney under which the Company takes action;

(e)    Copies of the Company's federal, state, and local income tax of information returns and reports, if any, for the six (6) most recent taxable years;

(f)    Financial statements of the company for the six (6) most recent fiscal years; and

(g)    All Company records as they relate to the Company's internal affairs for the current and past four (4) fiscal years.

4.    Powers.    The Company shall have the power and authority to do any and all acts necessary or convenient to or in furtherance of the purposes described in Section 2 hereof, including all power and authority, statutory or otherwise, possessed by, or which may be conferred upon, limited liability companies under the laws of the State of New York.

5.    **Management.**    The management of the Company shall be vested in the Member(s). The Member(s) shall have the full power and authority to authorize, approve or undertake any action on behalf of the Company and to bind the Company without the necessity of a meeting. In connection with the foregoing, the Member(s) is authorized and empowered:

(a) To appoint by written designation filed with the records of the Company, one or more

persons to act on behalf of the Company as officers of the Company with such titles as may be appropriate including the titles of President, Vice President, Treasurer, Secretary and Assistant Secretary; and

(b) To delegate any and all power and authority with respect to the business and affairs of the Company to any individual or entity, including any officers or employees of the Company.

Any person appointed as an officer of the company with a title customarily held by an officer shall have the same power and authority to act on behalf of the Company as an officer holding the same title would customarily have in a corporation organized under the laws of the State of New York. **Louis Degasperi**, is hereby designated as the authorized person, within the meaning of the Act, to execute, deliver and file the Articles of Organization of the Company, and together with other persons that may hereafter be designated, such other certificates as may be necessary for the Company to qualify to do business in any jurisdiction in which the Company may wish to conduct business.

6. **Reliance by Third Parties**.   Any person or entity dealing with the Company may rely upon a certificate signed by the Member(s) of the Company, or signed by any Secretary or Assistant Secretary of the Company as to:

(a) The persons who or entities which are authorized to execute and deliver any instrument or document of or on behalf of the Company, and

(b) the persons who or entities which are authorized to take any action or refrain from taking any action as to any matter whatsoever involving the Company.

7. **Dissolution and Winding Up of Business**.   The Company shall have perpetual existence unless it shall be dissolved and its affairs shall have been wound up upon (a) the consent of the Member(s), (b) the resignation, bankruptcy, dissolution or death of the Member(s), or (c) the entry of a decree of judicial dissolution under Section 702 of the Act.

8. **Capital Contributions**.   The Member(s) has contributed $100.00 in cash as its initial capital contribution to the Company ("Capital Contribution").

9. **Additional Contributions**.   The Member(s) may make, but shall not be required to make any additional capital contributions to the Company.

10. **Allocation of Profits and Losses**.   The Company's profits and losses shall be allocated to the Member(s).

11. **Distributions**.   Distributions shall be made to the Member(s) at the time and in the aggregate amounts as determined by the Member(s). The Member(s) may demand and receive a distribution in a form other than cash.

12. **Assignment**.   The Member(s) may assign its limited liability company interest to any person, which person shall become a member upon the filing of the instrument of assignment with the records of the Company.

13. **Resignation**.    In the event an officer or principal appointed to Company resigns. Upon such resignation, the vacancy shall be filled by the Member(s).

14. **Amendments**.    This Agreement may be amended or restated from time to time by the Member(s).

15. **Liability of Member**.    The Member(s) shall not have any liability for the obligations or liabilities of the company except to the extent provided by the Act.

16. **Effective Date**.    This Operating Agreement shall be effective as of the date of the filing of the  Articles of Organization.

17. **Governing Law**.    This Agreement and all rights and remedies thereunder, shall be governed by and construed under the laws of the State of New York.

**IN WITNESS WHEREOF**, the undersigned, intending to be legally bound hereby, has duly executed this limited liability company agreement as of the date and year first aforesaid.

Louis Degasperi

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

Chapter 11

IN RE: JVNLDG LLC

Case No: _____

Debtor
_____X

VERIFICATION OF CREDITOR MATRIX / LIST OF CREDITORS

The undersigned Debtor hereby verifies that the Creditor Matrix/List of Creditors herein
submitted herein is true and correct to the best of his or her knowledge.

Dated: April 4, 2024

_____
By: Louis Degaspari
Title: Managing Member
Fraleg Jefferson Corp. (Debtor)

CREDITOR MATRIX

1. MTAG SERVICES / NYCTL 2018-A TRUST
   P.O. BOX 360312
   PITTSBURGH, PA 15251-6312

2. LOUIS DEGASPERI
   91-12 189TH AVENUE
   HOLLIS, NY 11423

3. XAVIER VALVERDE
   91-12 189TH AVENUE
   HOLLIS, NY 11423

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>JVNLDG,LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern     District of New York<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
<span style="float:right">12/15</span>

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MTAG Services / NYCTL 2018-A Trust P.O. Box 360312 Pittsburgh, PA 15251-6312 | Thomas P. Malone, Esq. 60 East 42nd Street Ste. 553 New York, NY 10165 (212) 867-0500 | Tax Lien | | $67,613.00 | | $67,613.00 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor JVNLDG LLC
        Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

                                        Chapter 11

IN RE:     JVNLDG, LLC                Case No: _____

Debtor

_____X

LIST OF CREDITORS

1.    MTAG SERVICES / NYCTL 2018-A TRUST
       P.O. BOX 360312
       PITTSBURGH, PA 15251-6312

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

IN RE: JVNLDG LLC

                                                    Chapter 11

                                                    Case No.: _____

_____X

DEBTORS AFFIDAVIT PURSUANT TO L.B.R. 1007-4

STATE OF NEW YORK )
COUNTY OF QUEENS   )

LOUIS DEGASPERI, being duly sworn deposes and says:

1.    JVNLDG LLC, is a small business within the meaning of Bankruptcy code §
      101(51D).

2.    The debtor has no active ongoing business activity but is the titled fee owner of
      real property known as and located 91-12 189th Street, Hollis, NY 11423.  The
      circumstances to the filing of a bankruptcy chapter 11 petition is as a result of
      New York City tax liens assessed against the premises in the amount of
      approximately $67,000.00

3.    The name and address of each of the holders of the 20 largest general unsecured
      claims, excluding insiders are:

      MTAG SERVICES / NYCTL 2018-A TRUST
      P.O. BOX 360312
      PITTSBURGH, PA 15251-6312

      | Description | Est. Value of collateral | Claim/Lien Disputed |
      | --- | --- | --- |
      | 91-12 189th Street Queens Hollis, NY 11423 | $500,000.00 | No |

4.    The name and address of the five largest secured creditors are:

      NONE

5.      There are no classes of shares of stock, membership interests, debentures, or other securities of the debtor that are publicly held.

6.      A summary of the Assets and Liabilities are as follows:

Assets:
Real Property:
91-12 189th Street, Hollis, NY                              $500,000.00

Liabilites:
NYC Tax Lien                                              $67,000.00

7.      A list of property in the possession of a custodian, public officer, mortgagee, pledgee, asignee of rents, or secured creditor, or agent for any such entity.

NONE

8.      Location of debtors significant assets are: Queens County, NY.  The location of the debtors books are Queens County, NY.  The Debtor does not own any assets outside the territorial limits of the United States.

9.      There are a number of tax liens assessed against the Debtors real property.  An auction sale of the Debtors real property was scheduled for 04-05-2024 at 11:00 a.m., wherein the present bankruptcy petition was filed and the sale cancelled.

10.     There are current tax liens against the Debtor held by MTAG Services and the City of New York.  These tax liens are currently enforceable, and a sale of the debtor's assets listed in item 6 of this affidavit was schedule to be sold at auction on April 5, 2024 at 11:30 a.m.

11.     The Debtor's senior management and membership are:

| Management/Membership | Title | Experience |
|---|---|---|
| Louis Degasperi | Managing Member | Mr. Degasperi has worked is entire career as a plumber. |
| Xavier Valverde | Managing Member | Mr. Valverde is a partner of Degasperi and a plumber. |

12.     The Debtor does not have a weekly payroll, nor does the Debtor have a proposed payroll for the 30-day period following the filing of this petition.  Nor does the Debtor have employees at the current time.

13.    The Debtor will not be paying for any services for the next 30 days following the filing of this chapter 11 petition to its officers and/or members.

14.    Debtor has not prepared any statements of cash receipts and disbursements, net cas gain or loss, obligations and receivables in any form. Debtor has not received any income from the premises as it is not rented and only stores equipment used in Mr. Degasperi's plumbing trade.

Dated: April 4th, 2024
        Queens, NY

LOUIS DEGASPERI

Sworn to before me on this
4th day of April 2024

NOTARY PUBLIC

DARLENE YVETTE SNELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02SN6084917
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 4, 20—
        JULY 21, 2027

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### __Eastern__ District Of __New York__

**In re**

**JNVLDG, LLC**

Case No. _____

**Debtor**

Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,750.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 2,750.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ -0.00-

2.  The source of the compensation paid to me was:

    ☒ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor              ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 4 - 4 - 2024 | |
| --- | --- |
| *Date* | *Signature of Attorney* |

Law Offices of Francis E. Hemmings PLLC
*Name of law firm*

# FRANCIS E. HEMMINGS PLLC

228-18 MENTONE AVENUE
Laurelton, New York 11413
Tel: (212) 747-9560; Fax: (212) 747-9564
Email: general@hemmingssnell.com

## Chapter 11 Retainer Agreement and
## Representation Agreement

The undersigned, **LVNLDG, LLC,** (the "Debtor") herein, retains and employs Law Offices of Francis E. Hemmings PLLC, to represent the Debtor in a case to be initiated under Chapter 11 of the Bankruptcy Code. The legal services to be rendered by Law Offices of Francis E. Hemmings PLLC, are as follows:

> (1)    preparation and filing of a Petition, Schedules, Statement of Financial Affairs and Statement of Executory Contracts;

> (2)    attendance at all meetings of Creditors, Hearings, Pretrial Conferences, and trials in the case or any litigation arising in connection with the case, whether in State or Federal Court;

> (2)    preparation, filing and presentation to the Court of any pleadings requesting relief;

> (4)    preparation, filing and presentation to the Court of a Disclosure Statement and Plan of Reorganization under Chapter 11 of the Bankruptcy Code;

> (5)    review of claims made by creditors or interest parties, preparation and prosecution of any objections to claims as appropriate; and

> (6)    preparation and presentation of a final accounting and motion for a final decree closing the bankruptcy case.

In consideration of the legal services to be rendered LVNLDG, LLC, by Law Offices of Francis E. Hemmings PLLC, LVNLDG, LLC, agrees to cause Law Offices of Francis E. Hemmings PLLC to be paid the sum of Two Thousand Seven Hundred and Fifty Dollars ($2,750.00) in cash or by bank check on April 4, 2024, or the date a petition is file on behalf of LVNLDG, LLC, whichever is sooner. LVNLG, LLC, also agrees to pay to Law Offices of Francis E. Hemmings PLLC, the sum of One Thousand Seven Hundred and

Seventeen Dollars ($1,738.00) which shall be used specifically to pay the filing fee of the bankruptcy case.

Any further legal services given outside of the scope of the above stated tasks, but related to this Bankruptcy Case, shall be billed at a rate of $350.00 per hour.

It is understood that the Debtor, LVNLDG, LLC, shall bear the responsibility for all postage incurred relating to its Chapter 11 filings and that the Debtor will escrow enough funds to cover postage for required mailings.

The undersigned understands and acknowledges that no guarantees of any specific result have been made by Law Offices of Francis E. Hemmings PLLC and acknowledges and agrees that Law Offices of Francis E. Hemmings PLLC, will utilize their best efforts to obtain approval and confirmation of a plan of reorganization or arrangement under Chapter 11 the Bankruptcy Code, but that Law Offices of Francis E. Hemmings PLLC, make no warranty or guaranty of approval or confirmation of such plan.

Signed and Agreed to on April 4, 2024

Louis Degasperi
Title: Managing Member
LVNLDG, LLC